IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN P. SENESE,<br>  Plaintiff | : |
| | :   CIVIL ACTION |
| vs. | : |
| LIBERTY MUTUAL INSURANCE<br>COMPANY<br>  Defendant | :   NO. 13-5139<br>: |

## VERDICT SHEET

**Question 1:**

Do you find that the driver of the White/Unidentified/Phantom Vehicle negligent?

  Yes_____  No _____

**If you answered Question 1 "No", the Plaintiff cannot recover in this action. You should not answer any further questions, and you should sign the verdict slip and return to the courtroom. If you answered Question 1 "Yes", proceed to Question 2.**

**Question 2:**

Was the negligence of the White Vehicle a factual cause of the harm to the Plaintiff?

  Yes_____  No _____

**If you answered Question 2 "No", the Plaintiff cannot recover in this action. You should not answer any further questions, and you should sign the verdict slip and return to the courtroom. If you answered Question 2 "Yes", proceed to Question 3.**

**Question 3:**

Was the Plaintiff contributorily negligent?

     Yes_____     No _____

**If you answered Question 3 "Yes," proceed to Question 4. If you answered Question 3 "No," proceed to Question 5.**

**Question 4:**

If you answered Question 3 "Yes," was the Plaintiff's contributory negligence a factual cause of the harm to her?

     Yes_____     No _____

**Question 5:**

Taking the combined negligence that was a factual cause of the harm to Plaintiff in this case as 100 percent, what percentage of that causal negligence was attributable to each party you have found to be causally negligent?

| | |
|---|---|
| Percentage of causal negligence attributable to the White Vehicle **(Answer only if you answered "Yes" to Questions 1 and 2)** | _____% |
| Percentage of causal negligence attributable to the Plaintiff **(Answer only if you answered "Yes" to Questions 4 and 5)** | _____% |
| **TOTAL** | **100** % |

**Question 6:**

What amount of money will fairly and reasonably compensate Plaintiff for the damages proven to be factually caused by this accident?

$ _____

_____
JUROR


_____
JURY FOREPERSON


_____
DATE