# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN P. SENESE, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LIBERTY MUTUAL, INC., | : | No. 13-5139 |
|     Defendant. | : | |

## ORDER

**AND NOW**, this **19th** day of **August**, **2014**, upon consideration of Plaintiff's Motion for a New Trial, and Defendant's response thereto, and for the reasons set forth in the Court's Memorandum dated August 19, 2014, it is hereby **ORDERED** that the motion (Document No. 71) is **DENIED**.

**BY THE COURT:**

_____
**Berle M. Schiller, J.**